# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**ELLA SERGEANT**                                                                                          **PLAINTIFF**

**VS.**                                            **4:09CV00213-WRW**

**LITTLE ROCK SCHOOL DISTRICT,**
**BARBARA BARNES, in her individual and official capacities**            **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Seal Exhibits (Doc. No. 33).  This Court, having been advised that Plaintiff requests to seal certain exhibits to her Response to Defendants' Statement of Undisputed Facts, finds that Plaintiff's motion should be, and hereby is, GRANTED.

Plaintiff will file Exhibits A, B, and C of her Response to Defendants' Statement of Undisputed Facts under seal.

IT IS SO ORDERED this 16th day of July, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE