IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELLA SERGEANT**                                                                                                    **PLAINTIFF**

**vs.**                                              **4:09CV00213-WRW**

**LITTLE ROCK SCHOOL DISTRICT,**
**and BARBARA BARNES, in her individual**
**and official capacities**                                                                                          **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date, summary judgment is entered in favor of Defendants on Plaintiff's federal claims and Plaintiff's state law claims are dismissed without prejudice.

IT IS SO ORDERED this 12th day of August, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE